# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 06 - 20744 CR-COOKE

CASE NO.

MAGISTRATE JUDGE
BROWN

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 1956(h)
21 U.S.C. § 853
18 U.S.C. § 982

**UNITED STATES OF AMERICA**

**vs.**

**MARIO UCETA,**
    a/k/a "Shorty,"
**VICTOR ADAMES,**
**DIONELI SENDRA,**
**CARLOS PADILLA,**
    a/k/a "Rey Delgado,"
**KEILYN LANTIGUA,**
    a/k/a/ "Kelvin,"
**RAUL REYES-GARCIA,**
    a/k/a "El Viejo,"
    a/k/a "Aceres,"
**SERGIO REYES-LOPEZ,**
**ALCEDO JOSE ESPINAL,**
    a/k/a "Ace,"
**FNU LNU,**
    a/k/a "Dalvy Castro,"
**SANTO SUSANO RODRIGUEZ,**
    a/k/a "Morenito,"
    a/k/a "Jose,"
**MIGUELINA ANTIGUA,**
**SERGIO FERNANDEZ,**
**VICKY FERNANDEZ,**
**JOSHUA TIRADO,**
**MARIO FUNDORA,**
**FNU LNU,**
    a/k/a "El Cuñado,"
**MARIO LNU,**
**FNU LNU,**
    a/k/a "Mingo,"
**FIDEL PEREZ HERRERA,**
**MAIDELYS PEREZ,**
**LUIS RODRIGUEZ MOLLINEDO,**



FILED by ___ D.C.
MAG. SEC.

NOV 30 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

**LIBAN LOPEZ,**

> **Defendants.**
> _____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or about July 2006, and continuing through the date of the return of this Indictment, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MARIO UCETA,**
**a/k/a "Shorty,"**
**VICTOR ADAMES,**
**DIONELI SENDRA,**
**CARLOS PADILLA,**
**a/k/a "Rey Delgado,"**
**KEILYN LANTIGUA,**
**a/k/a/ "Kelvin,"**
**RAUL REYES-GARCIA,**
**a/k/a "El Viejo,"**
**a/k/a "Aceres,"**
**SERGIO REYES-LOPEZ,**
**ALCEDO JOSE ESPINAL,**
**a/k/a "Ace,"**
**FNU LNU,**
**a/k/a "Dalvy Castro,"**
**SANTO SUSANO RODRIGUEZ,**
**a/k/a "Morenito,"**
**a/k/a "Jose,"**
**MIGUELINA ANTIGUA,**
**SERGIO FERNANDEZ,**
**VICKY FERNANDEZ,**
**JOSHUA TIRADO,**
**MARIO FUNDORA,**
**FNU LNU,**
**a/k/a "El Cuñado,"**
**MARIO LNU,**

2

**FNU LNU,**
**a/k/a "Mingo,"**
**FIDEL PEREZ HERRERA,**
**MAIDELYS PEREZ,**
**LUIS RODRIGUEZ MOLLINEDO,**
**LIBAN LOPEZ,**

did knowingly and intentionally combine, conspire, confederate and agree with each other, and with

persons both known and unknown to the Grand Jury, to possess with the intent to distribute a

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation

of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(vii), it is further alleged that

this violation involved more than one hundred kilograms of a mixture and substance containing a

detectable amount of marijuana.

### COUNT 2

On or about August 19, 2006, in Miami-Dade County, in the Southern District of Florida,

and elsewhere, the defendants,

**MARIO UCETA,**
**a/k/a "Shorty,"**
**CARLOS PADILLA,**
**a/k/a "Rey Delgado,"**
**FNU LNU,**
**a/k/a "El Cuñado,"**

did knowingly and intentionally possess with the intent to distribute, a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code,

Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(c), it is further alleged that this

violation involved less than fifty kilograms of a mixture and substance containing a detectable

3

amount of marijuana.

## COUNT 3

On or about September 25, 2006, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**VICTOR ADAMES,**
**DIONELI SENDRA,**
**MIGUELINA ANTIGUA,**
**SERGIO FERNANDEZ,**
**VICKY FERNANDEZ,**

did knowingly and intentionally possess with the intent to distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(c), it is further alleged that this violation involved less than fifty kilograms of a mixture and substance containing a detectable amount of marijuana.

## COUNT 4

On or about September 27, 2006, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**SANTO SUSANO RODRIGUEZ,**
**a/k/a "Morenito,"**
**a/k/a "Jose,"**
**MARIO FUNDORA,**
**FNU LNU,**
**a/k/a "Mingo,"**

did knowingly and intentionally possess with the intent to distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4

Pursuant to Title 21, United States Code, Section 841(b)(1)(c), it is further alleged that this violation involved less than fifty kilograms of a mixture and substance containing a detectable amount of marijuana.

## COUNT 5

On or about October 11, 2006, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**VICTOR ADAMES,**
**KEILYN LANTIGUA,**
**a/k/a "Kelvin,"**

did knowingly and intentionally possess with the intent to distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(c), it is further alleged that this violation involved less than fifty kilograms of a mixture and substance containing a detectable amount of marijuana.

## COUNT 6

Beginning in or about July 2006, and continuing through the date of the return of this Indictment, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MARIO UCETA,**
**a/k/a "Shorty,"**
**VICTOR ADAMES,**
**DIONELI SENDRA,**
**CARLOS PADILLA,**
**a/k/a "Rey Delgado,"**
**KEILYN LANTIGUA,**
**a/k/a/ "Kelvin,"**
**ALCEDO JOSE ESPINAL,**

a/k/a "Ace,"
FNU LNU,
a/k/a "Dalvy Castro,"
SANTO SUSANO RODRIGUEZ,
a/k/a "Morenito,"
a/k/a "Jose,"
MIGUELINA ANTIGUA,
FNU LNU,
a/k/a "El Cuñado,"
MARIO LNU,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with

other persons both known and unknown to the Grand Jury, to commit offenses against the United

States, in violation of Title 18, United States Code, Section 1956, that is:

To knowingly conduct financial transactions, affecting interstate and foreign commerce,

which transactions involved the proceeds of some specified unlawful activity, with the intent to

promote the carrying on of specified unlawful activity, and knowing that the property involved in

the financial transactions represented the proceeds of some form of unlawful activity, in violation

of Title 18, United States Code, Section 1956(a)(1)(A)(i).

To knowingly conduct financial transactions, affecting interstate and foreign commerce,

which transactions involved the proceeds of some specified unlawful activity, knowing that the

transactions were designed in whole or in part to conceal and disguise the nature, the location, the

source, the ownership and the control of the proceeds of some specified unlawful activity, and

knowing that the property involved in the financial transactions represented the proceeds of some

form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity referred to above is the felonious

possession, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance,

punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1.      The allegations of Counts 1 through 6 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendants have an interest.

2.      Upon conviction of any violation of Title 21, United States Code, Section 846 and/or Title 21, United States Code, Section 841(a)(1), the defendants shall forfeit to the United States all property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and all property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations pursuant to Title 21, United States Code, Section 853.

3.      Upon conviction of the violation of Title 18, United States Code, Section 1956(h), the defendants shall forfeit to the United States all property, real or personal, involved in the offense or traceable to the offense.

4.      The property which is subject to forfeiture includes, but is not limited to, the following:

A)      **U.S. Currency** -- A sum of money equal to $144,730.00 in United States currency, proceeds obtained as a result of the narcotics offenses charged in Counts 1 - 5, for which the defendants are jointly and severally liable.

B)      **Real Property**

1.      4280 NW 200th Street, Opa Locka, Florida;   og└

2.      1254 Saint Andrew's Place, Unit 109, Miramar, Florida;   12154  og└

7

       3.      6100 West 26th Court, Hialeah, Florida;

       4.      1224 SE 23rd Place, Cape Coral, Florida 33990;

       5.      714 SE 12th Avenue, Cape Coral, Florida 33990;

       6.      1205 NE 19th Street, Cape Coral, Florida 33990;

C)    **Vehicles**

       1.      Nissan Altima - No Florida License – light green in color;

       2.      2007 Silver Toyota Camry  -  Florida License No. U416YN;

       3.      Black 5 Series BMW - Florida License No.  NA327E;

       4.      Black BMW M3 - Florida License No.  V08YJU;

       5.      Black Ford Expedition  - Florida License No. MHQ52D;

       6.      2003 Green Chevrolet Avalanche  - Florida License No. P448HB;

       7.      Maroon Freightliner Truck - Florida License No. F4822A.

5.      Pursuant to Title 21 United States Code, Section 853(p), if any of the forfeitable property, or any portion thereof, as a result of any act or omission of the defendants:

    (A)    cannot be located upon the exercise of due diligence;

    (B)    has been transferred, or sold to, or deposited with a third party;

    (C)    has been placed beyond the jurisdiction of the Court;

    (D)    has been substantially diminished in value; or

    (E)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek the forfeiture of other property of the defendants up to the value of the above-described forfeitable property.

All pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code,

Section 982.

A TRUE BILL

_____

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**    06-20744 CR-COOKE

CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY***

MAGISTRATE JUDGE
BROWN

**MARIO UCETA, ET AL.,**

_____ **Defendants.** _____ /

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)         Yes _____    No _____
Number of New Defendants _____
Total number of counts _____

__X__ Miami    _____ Key West
_____ FTL    _____ WPB    _____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No)        YES

      List language and/or dialect   SPANISH

NOV 30 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

4.    This case will take   __10__   days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) | |
|---|---|---|---|
| I   0 to 5 days | _____ | Petty | _____ |
| II  6 to 10 days | __X__ | Minor | _____ |
| III 11 to 20 days | _____ | Misdem. | _____ |
| IV  21 to 60 days | _____ | Felony | __X__ |
| V   61 days and over | _____ | | |

6.    Has this case been previously filed in this District Court?  (Yes or No)        NO
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)   NO
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)   NO

7.    Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
If yes, was it pending in the Central Region? ___ Yes ___ No

9.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes _X_ No

10.   Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? _____ Yes _X_ No

_____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY
COURT NO: A5500885

Penalty Sheet(s) attached                                    REV.1/14/04

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name: **MARIO UCETA, a/k/a "Shorty"**

Case No: **06 - 20744** CR - COOKE MAGISTRATE JUDGE
BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

* **Max.Penalty**:      40 Years' Imprisonment

Count #: 2

Possession with intent to distribute marijuana.

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**:      5 Years' Imprisonment

FILED by ___ D.C.
MAG. SEC.

NOV 30 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

Count #: 6

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h)

***Max. Penalty**:      20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:  VICTOR ADAMES

Case No. 06 - 20744 CR - COOKE   MAGISTRATE JUDGE
BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

* **Max.Penalty**:        40 Years'  Imprisonment

Count #: 3

Possession with intent to distribute marijuana.

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**:        5 Years' Imprisonment

FILED by D.C.
MAG. SEC.

NOV 30 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.

Count #: 5

Possession with intent to distribute marijuana.

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**:        5 Years' Imprisonment

Count #: 6

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h)

*\*Max. Penalty:**        20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:  **DIONELI SENDRA**

Case No: **06 - 20744** CR - COOKE MAGISTRATE JUDGE BROWN

Count  #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

**\* Max.Penalty**:        40 Years'  Imprisonment

Count  #: 3

Possession with intent to distribute marijuana.

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:        5 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE  MADDOX
CLERK  U.S.  DIST.  CT.
S.D.  OF FLA.  ·  MIAMI

Count  #: 6

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**        20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  CARLOS PADILLA, a/k/a "Rey Delgado"**

**Case No:** 06 - 20744 CR - COOKE MAGISTRATE JUDGE BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

**\* Max. Penalty**:        40 Years'  Imprisonment

Count #: 2

Possession with intent to distribute marijuana.

Title 21, United States Code, Section 841(a)(1)

FILED BY _____ D.C.
MAG. SEC.

NOV 30 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\* Max. Penalty**:      5 Years' Imprisonment

Count #: 6

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**      20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:  KEILYN LANTIGUA, a/k/a "Kelvin"

Case No 06 - 20744 CR - COOKE   MAGISTRATE JUDGE BROWN

Count  #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

* **Max.Penalty**:        40 Years'  Imprisonment

Count  #: 5

Possession with intent to distribute marijuana.

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**:       5 Years' Imprisonment

Count  #: 6

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h)

*Max. Penalty:        20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:  **RAUL REYES-GARCIA, a/k/a "El Viejo", "Aceres"**

Case No **06 - 20744** CR - COOKE   MAGISTRATE JUDGE
BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

**\* Max.Penalty**:      40 Years' Imprisonment



FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:  SERGIO REYES-LOPEZ

Case No: **06 - 20744** CR - COOKE  **MAGISTRATE JUDGE BROWN**

Count #: 1

_____    Conspiracy to possess with intent to distribute marijuana.

_____    Title 21, United States Code, Section 846

**\* Max.Penalty**:        40 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  ALCEDO JOSE ESPINAL, a/k/a "Ace"

**Case No:** 06-20744 CR-COOKE  MAGISTRATE JUDGE
                                              BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

**\* Max.Penalty:**      40 Years' Imprisonment

Count #: 6

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**      20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name:  FNU LNU, a/k/a "Dalvy Castro"

Case No:  06-20744 CR-COOKE MAGISTRATE JUDGE
BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

* Max. Penalty:      40 Years' Imprisonment

Count #: 6

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h)

*Max. Penalty:      20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  SANTO SUSANO RODRIGUEZ, a/k/a "Morenito", "Jose"**

Case No: **06 - 20744** CR - COOKE         **MAGISTRATE JUDGE BROWN**

Count #: 1

_____   Conspiracy to possess with intent to distribute marijuana.

_____   Title 21, United States Code, Section 846

**\* Max.Penalty:**      40 Years' Imprisonment

Count #: 4

_____   Possession with intent to distribute marijuana.

_____   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty:**      5 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

Count #: 6

_____   Conspiracy to launder money.

_____   Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**      20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: **MIGUELINA ANTIGUA**

Case No: **06 - 20744** CR - COOKE    MAGISTRATE JUDGE BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

**\* Max.Penalty**:    40 Years' Imprisonment

Count #: 3

Possession with intent to distribute marijuana.

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    5 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

Count #: 6

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**    20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  SERGIO FERNANDEZ

**Case No:**    06 - 20744 CR - COOKE          MAGISTRATE JUDGE
                                                          BROWN

Count #: 1

　　　　Conspiracy to possess with intent to distribute marijuana.

　　　　Title 21, United States Code, Section 846

**\* Max.Penalty:**        40 Years' Imprisonment

Count #: 3

　　　　Possession with intent to distribute marijuana.

　　　　Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty:**        5 Years' Imprisonment

FILED BY _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** VICKY FERNANDEZ

**Case No:** 06-20744 CR-COOKE   MAGISTRATE JUDGE BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

**\* Max.Penalty:**   40 Years' Imprisonment

Count #: 3

Possession with intent to distribute marijuana.

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty:**   5 Years' Imprisonment

FILED by _____ D.C.

MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:  JOSHUA TIRADO

Case No: 06 - 20744CR - COOKE      MAGISTRATE JUDGE
                                     BROWN

Count #: 1

_____ Conspiracy to possess with intent to distribute marijuana.

_____ Title 21, United States Code, Section 846

* Max.Penalty:       40 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:  **MARIO FUNDORA**

Case No:_  **06 - 20744** CR - COOKE   MAGISTRATE JUDGE BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

* **Max.Penalty**:      40 Years' Imprisonment

Count #: 4

Possession with intent to distribute marijuana.

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**:      5 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. - MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name:  FNU LNU, a/k/a "El Cuñado"

Case No:   06-20744 CR-COOKE MAGISTRATE JUDGE BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

* **Max.Penalty**:    40 Years' Imprisonment

Count #: 2

Possession with intent to distribute marijuana.

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**:    5 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Count #: 6

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h)

***Max. Penalty:**    20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:  **MARIO LNU**

Case No: **06-20744** CR - COOKE  MAGISTRATE JUDGE BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

* **Max.Penalty**:      40 Years' Imprisonment

Count #: 6

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h)

*Max. Penalty:     20 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name:  FNU LNU, a/k/a "Mingo"

Case No:  06 - 20744 CR - COOKE

MAGISTRATE JUDGE
BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

* **Max. Penalty**:       40 Years' Imprisonment

Count #: 4

Possession with intent to distribute marijuana.

Title 21, United States Code, Section 841(a)(1)

* **Max. Penalty**:       5 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. _ MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendant's Name: **FIDEL PEREZ HERRERA**

Case No: **06 - 20744** CR - COOKE

MAGISTRATE JUDGE
BROWN

Count #: 1

Conspiracy to possess with intent to distribute marijuana.

Title 21, United States Code, Section 846

* **Max.Penalty**:      40 Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

NOV 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**