Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) | CASE NUMBER: CR 06-20744-CR-COOKE |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | REPORT COMMENCING CRIMINAL |
| | ) | ACTION |
| Santo Susano Rodriguez | ) | 7-8223-004 |
| Defendant | | |

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH

U.S. DISTRICT COURT   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 12-05-06  7:50  (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: Spanish

(3) OFFENSE(S) CHARGED: Title 21 USC 846 conspiracy marijuana

(4) UNITED STATES CITIZEN: ( ) YES   (X) NO   ( ) UNKNOWN

(5) DATE OF BIRTH: ▓▓▓▓ 1976

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT   [ ] COMPLAINT   CASE # 06-20744CR-COOKE
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT