AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida

UNITED STATES OF AMERICA

vs.

MARIO UCETA, et al.,

_____ Defendants. _____ /

**WARRANT FOR ARREST**

Case Number: **06-20744 CR-COOKE**

MAGISTRATE JUDGE BROWN

To: The United States Marshal
    and any Authorized United States Officer

SEALED INDICTMENT

YOU ARE HEREBY COMMANDED to arrest _____ SANTO SUSANO RODRIGUEZ _____
                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to possess with intent to distribute marijuana, possession with the intent to distribute marijuana and conspiracy to launder money

in violation of _____ 21; 18 _____ United States Code, Section(s) _____ 846, 841(a)(1); 1956(h) _____

Clarence Maddox                              Court Administrator/Clerk of Court
Name of Issuing Officer                      Title of Issuing Officer

[signature]                                  November 30, 2006, Miami, Florida
Signature of Issuing Officer                 Date and Location

Bail fixed at _____                   by _____
                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Miami, FL by DEA. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-01-06 | CHRISTINA PHARO | BY: JOE GODSK |
| DATE OF ARREST | U.S. MARSHAL, SD/FL | SDUSM, SD/FL |
| 12-06-06 | | |