UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20744–CR-COOKE

UNITED STATES OF AMERICA,

vs.

SANTO SUSANO RODRIGUEZ,

       Defendant.

_____/

## **PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE is before the Court upon oral motion of the United States to include forfeiture as part of the judgment entered against the defendant. The Court having entered forfeiture as part of its judgment against defendant on May 30, 2007, and the Court having directed the United States to submit a proposed forfeiture order, and having reviewed the record including the Plea Agreement between the United States and defendant SANTO SUSANO RODRIGUEZ, (hereinafter referred to as "Defendant"), it is hereby

ORDERED that:

1.     All right, title and interest of Defendant SANTO SUSANO RODRIGUEZ in $103,000 for which defendant is jointly and severally liable, is hereby entered as a money judgment against the defendant and defendant's right, title and interest therein is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853.

2.     All right, title and interest of Defendant SANTO SUSANO RODRIGUEZ in the real property located at 4280 NW 200th Street, Opa Locka, Florida, is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853.

3.      The United States Marshal  or any duly authorized  law enforcement official, shall take such actions as are necessary to complete the forfeiture of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853(g).

4.      To the extent required by law, the United States Marshal shall cause to be published at least once, in a newspaper of general circulation, notice of this Order as required by Title 21, United States Code, Section 853(n)(6).  The notice shall state that  any person, other than Defendant, having or claiming a legal interest in the property ordered forfeited by this Order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

5.      The United States may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

It is further ORDERED that upon adjudication of all third-party interests, this Court will enter  a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n) in which all interests will be addressed.  If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to Title 21, United States Code, Section 853(n)(7), this Order shall be deemed a Final Order of Forfeiture, and the United States Marshal  or

any duly authorized  law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED in Miami, Florida, this 7th day of June, 2007.

_____
MARCIA G. COOKE
United States District Judge